122 F.3d 1068
 Jerry B. Hodgen, Bobby Sue Hodgen
v.
Forest Oil Corporation, Ronald J. Doucet; Forest Oil
Corporation, Ronald J. Doucet v. A & A Boats, Inc., C & G
Marine Service, Inc. v. Operators & Consulting Services,
Inc., Chancellor Insurance Company, Yorkshire Insurance
Company Limited, Cornhill Insurance PLC, Allianz
International Insurance Company Limited, Ocean Marine
Insurance Company Limited; Albany Insurance Co. v. Aetna
Casualty & Surety Co.
 NO. 94-41244
 United States Court of Appeals,
Fifth Circuit.
 July 29, 1997
 W.D.La., 115 F.3d 358
 
 1
 DENIALS OF REHEARING EN BANC.